82,619-01,02



**DENISE BRADLEY**
JUDGE, 262ND DISTRICT COURT
1201 FRANKLIN
HOUSTON, TEXAS 77002
(713) 755-6961

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 07 2015

Abel Acosta, Clerk

WR-82,619-01 and 86,619-02
In the
Court of Criminal Appeals
Of Texas

———————◆———————

Nos. 1055437-A and 1042235-A
In the 262nd District Court
of Harris County, Texas

———————◆———————

Ex parte Edward Hinojosa

———————◆———————

## TRIAL COURT'S REQUEST FOR EXTENSION

The 262nd District Court of Harris County, Texas, with the Honorable Denise Bradley, moves the Court of Criminal Appeals to grant an extension of time to resolve the claims in the instant writ and forward the writ record to the Court pursuant to Rule 73.4.5 and would show the following:

**I.**

**PROCEDURAL HISTORY**

Edward Hinojosa , the applicant, is confined pursuant to the judgment and sentence of the 262nd District Court of Harris County, Texas, having

been convicted of delivery of cocaine and bail jumping on June 19, 2006 in cause numbers 1042235 and 1055437. The applicant entered a guilty plea without an agreed recommendation in both cases, and the court assessed punishment at thirty (30) years and ten (10) years confinement in the Texas Department of Criminal Justice – Institutional Division in the delivery and bail jumping cases respectively. No direct appeal was filed.

The applicant petitioned for a writ of habeas corpus on July 30, 2009. The State was served with the application on August 4, 2009 and the court signed a motion to designate issues on August 31, 2009. On November 17, 2014, the court signed the State's proposed findings of facts and conclusions of law recommending that the applicant's writ be dismissed.

On February 25, 2015, the Court of Criminal Appeals remanded the case to the trial court to resolve the issues of whether the applicant was denied effective assistance of trial counsel. The State filed its Amended Proposed Motion to Designate Issues and Order for Filing Affidavits on March 9, 2015.

## II.

On March 11, 2015, the 262nd District Court ordered trial counsel, Matthew Leeper and Jesus Canales, to file affidavits summarizing their actions as counsel for the applicant and responding to the applicant's

2

allegations of ineffective assistance. The affidavits were due on March 31, 2015. Pursuant to order for remand, the deadline for the 262nd District Court to resolve these issues was April 25, 2015. The deadline for forwarding findings to the Court of Criminal Appeals is May 25, 2015.

Accordingly, this Court requests additional time in order to resolve the instant claims, determine whether the applicant is indigent, prepare proposed findings of fact and conclusions of law for the Court's consideration. This Court's request is not intended to unduly delay proceedings in the instant cause.

### III.

WHEREFORE, PREMISES CONSIDERED, this Court respectfully requests that the Court of Criminal Appeals allow until July 25, 2015 to forward the writ record in the instant cause.

SIGNED this _____ 1st _____ day of ~~April,~~ May 2015.

_____
for Denise Bradley
262nd District Court
Harris County, Texas

3